IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. # 3:14 MC007

FILED
CHARLOTTE, NC
JAN 30 2014
US District Court
Western District of NC

| | | |
|---|---|---|
| FEES FOR ELECTRONIC | : | |
| ACCESS TO COURT | : | ORDER |
| DATA | : | |

The United States District Court for the Western District of North Carolina participates in the federal judiciary's PACER program which allows access to all of the court's public electronic docket entries and the electronic images of scanned court documents. The court desires to encourage and promote public access to these records and to avoid unreasonable burdens on both the users and court staff in retrieving data. These goals must be balance with and in accordance with federal judiciary's policy as contained in the *Electronic Public Access Fee Schedule* as amended December 1, 2013.

**THEREFORE, IT IS ORDERED** that in accordance with the Electronic Public Access Fee Schedule promulgated under 28 U.S.C. § 1913, 1914, 1926, 1930, and 1932, for the purpose of clarifying the judiciary's policy with respect to granting exemptions from electronic public access fees prescribed under those schedules, the following are exempt from the prescribed fees for electronic access in order to avoid unreasonable burdens and to promote public access to such information:

1. All Federal Judiciary PACER accounts such as other federal courts; the Administrative Office of the U.S. Courts; all Federal Defender Offices and Community Defender Offices; and federal agencies/offices funded from the judiciary's budget.
2. All Criminal Justice Act Panel Attorneys;
3. Those seeking an exemption who demonstrate that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information;
4. To researchers requesting an exemption upon showing that the defined research project is intended for scholarly research, is limited in scope, and that it is not intended for redistribution on the internet or for commercial purposes;
5. For other purposes which in the judgment of the Clerk is not inconsistent with this Order or the Electronic Public Access Fee Schedule.

Mr. Kent Creasy, Chief Information Officer for the United States District Court, Western District of North Carolina, shall provide the PACER Service Center with any detailed information the Center may require to implement this order. Mr. Creasy will assure that any exemptions granted under (3), (4) and (5) above are granted for a definite period of time subject to reauthorization by the Clerk.